HALLOWELL et al. v. UNITED STATES. *

(Circuit Court of Appeals, Ninth Circuit. June 6, 1919.)

No. 3141.

On rehearing.

Former opinion (253 Fed. 865, —— C. C. A. ——) adhered to.

Before GILBERT and HUNT, Circuit Judges, and RUDKIN, District Judge.

PER CURIAM. A rehearing of the above-entitled cause was ordered, for the reason that one of the judges before whom the argument was made was disqualified, in that he had signed and allowed the bill of exceptions. Upon the rehearing of the case no reason is perceived for departing from the decision heretofore rendered by this court. All of the points in the case have been covered by the opinion heretofore filed.

The judgment is therefore affirmed.

*Rehearing denied October 14, 1919.